## Upstream Short Form Complaint Information

| No. | 1. Name of Plaintiff | 2. Location of Real Property | 2.a. Property's Parcel No(s). | 3. Propery Description | 4. Pl.'s Property Interest | 5. Location of Personal Property | 6. Personal Property @ Other Location | 7. Counts Adopted |
|---|---|---|---|---|---|---|---|---|
| 1 | Richard Burr | 18000 Groschke Rd, #G-3, Houston, TX 77084 | 0421320010055 | TR 3 STRIP G LAKESIDE AIRPORT SEC 2 U/R | Own | Same as No. 2 | N/A | I-IV |
| 2 | Aleph Investments, L.P. | 18000 Groschke Rd., #E-8, Houston, TX 77084 | 0421320010043 | TR 8 STRIP E LAKESIDE AIRPORT SEC 1 U/R | Own | Same as No. 2 | N/A | I-IV |
| 3 | Baher International, LLC | 18000 Groschke Rd., #B-6, Houston, TX 77084 | 0421320010011 | TR 6 STRIP B LAKESIDE AIRPORT SEC 1 U/R | Own | Same as No. 2 | N/A | I-IV |
| 4 | The Oporta Trust | 18000 Groschke Rd., #D-2, Houston, TX 77084 | 0421320010023 | TR 2 STRIP D LAKESIDE AIRPORT SEC 1 U/R ABST 271 G K FAGUNDAS | Own | Same as No. 2 | N/A | I-IV |
| 5 | Fast Freddy Mobile Detail LLC | 18000 Groschke Rd., #TC-B, Houston, TX 77084 | 0421320000030 | TR 2 (TRACT C) | Lease/Rent | Same as No. 2 | N/A | I-IV |
| 6 | Nelson R. Wiggins | 18000 Groschke Rd., #F-11, Houston, TX 77084 | 0421320010074 | TR 11 STRIP F LAKESIDE AIRPORT SEC 2 U/R | Own | Same as No. 2 | N/A | I-IV |
| 7 | Advanced Intelligent Computing, Inc. d/b/a A.I.C. Inc. | 18000 Groschke Rd., #B-3, Houston, TX 77084 | 0421320010008 | TR 3 STRIP B LAKESIDE AIRPORT SEC 1 U/R | Own | Same as No. 2 | N/A | I-IV |
| 8 | Fortiter E1 LLC | 0 Groschke Rd., #E-1, Houston, TX 77084 | 0421320010036 | TR 1 STRIP E LAKESIDE AIRPORT SEC 1 U/R | Own | Same as No. 2 | N/A | I-IV |
| 9 | Airdrome Holdings Inc. | 0 Groschke Rd., #E-4, Houston, TX 77084 | 0421320010039 | TR 4 STRIP E LAKESIDE AIRPORT SEC 1 U/R | Own | Same as No. 2 | N/A | I-IV |
|  |  | 18000 Groschke Rd, #B-1, Houston, TX 77084 | 0421320010006 | TR 1 STRIP B LAKESIDE AIRPORT SEC 1 U/R | Own |  |  |  |
| 10 | Eleven Delta Corp. | 0 Taxi Strip D, D-9, Houston, TX 77084 | 0421320010030 | TR 9 STRIP D LAKESIDE AIRPORT SEC 1 U/R | Own | Same as No. 2 | N/A | I-IV |
| 11 | West Houston Airport Corp. | 0 Groschke Rd., Houston, TX 77084 | 1366560010013 | LT 13 BLK 1 AEROVILLAS HANGAR HOME SEC 1 | Own | Same as No. 2 | N/A | I-IV |
|  |  | 0 Groschke Rd., Houston, TX 77084 | 1366560010014 | RES A BLK 1 AEROVILLAS HANGAR HOME SEC 1 | Own |  |  |  |
| 12 | Flight Enterprise, Inc. | 0 Taxi Strip C, C-8, Houston, TX 77084 | 0421320010020 | TR 8 STRIP C LAKESIDE AIRPORT SEC 1 U/R | Own | Same as No. 2 | N/A | I-IV |